UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.K., *on behalf of herself and her minor child*, E.K.,

Plaintiff,

*– against –*

THE NEW YORK CITY DEPARTMENT OF EDUCATION, *and* RICHARD CARRANZA, *in his official capacity*,

Defendants.

**ORDER**

26-cv-05146 (ER)

Ramos, D.J.:

Plaintiff N.K., on behalf of herself and her minor child, E.K., filed this action against the New York City Department of Education and the Chancellor of the New York City Public Schools, Richard Carranza, on June 18, 2026. Doc. 1. Since then, and on consent, defendants have requested two extensions of time to respond to the complaint. Docs. 6, 8. The Court granted both requests. Docs. 7, 9. Defendants' deadline to respond to the complaint was November 10, 2026. Doc. 9. November 10 has now passed without an update from the parties. The parties are therefore directed to file a status update by November 20, 2026.

It is SO ORDERED.

Dated: November 18, 2026
New York, New York

Edgardo Ramos, U.S.D.J.